```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EPHRAM M. LAHASKY,

                        Petitioner,

        -against-                                ORDER
                                                 10-MC-0440(JS)
UNITED STATES OF AMERICA, DOUGLAS
SHULMAN, Commissioner of Internal
Revenue, and NEENA I. SINGH, Revenue
Agent,

                        Respondents.
----------------------------------------X
APPEARANCES
For Petitioner:     Emphram M. Lahasky, pro se
                    130 Lord Avenue
                    Lawrence, NY 11559

For Respondents:    No appearances.
```

SEYBERT, District Judge:

On January 9, 2013, this Court ordered Petitioner Ephram M. Lahasky to show cause why the pending motion to quash, which was filed over two-and-a-half years ago, should not be denied as moot. The Court warned Petitioner that failure to respond to the Court's order would result in denial of his motion. Petitioner was given thirty days to respond. More than thirty days have passed, and the Court has yet to receive a response from Petitioner. Accordingly, Petitioner's motion is hereby DENIED AS MOOT.

The Clerk of the Court is directed to send a copy of this Order to the pro se Petitioner and to mark this matter CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April 23, 2013
       Central Islip